# JFM

| PROB 22 (Rev. 04/17) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 2:23CR00115-1 MRH |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* **25-54** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Andrew Black | DISTRICT Western District of Pennsylvania | DIVISION Pittsburgh, Pa |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Mark R. Hornak Chief United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/07/2024 — TO 10/06/2027 |

**OFFENSE**

21 U.S.C. 846 Attempt to Possess with Intent to Distribute a Quantity of Methamphetamine
18 U.S.C. 1341 Mail Fraud

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Black is being supervised in the Eastern District of Pennsylvania and intends to remain in that district.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Western District of Pennsylvania"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/11/2025
Date

Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge